UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FRANK NIXON,

    Plaintiff,

v.                                    No.3:07-cv-1000-J-12TEM

SHERIFF JOHN RUTHERFORD,
etc., et al.,

    Defendants.

---

## O R D E R

This cause is before the Court on Defendant T.M. Nelson's (Defendant Nelson) Motion to Dismiss Plaintiff's Complaint (Doc. 8), filed November 11, 2007. The Plaintiff's memorandum in opposition (Doc. 13), was filed December 7, 2007.

Defendant Nelson asserts that the Plaintiff's Complaint as to her must be dismissed pursuant to Fed.R.Civ.P. 12(b)(7) for failure to join an indispensable party pursuant to Fed.R.Civ. P. 19.  Rule 19(a) requires joinder of a person who is subject to service of process and whose joinder will not deprive the court of jurisdiction over the subject matter of the action if

> 1) in the person's absence complete relief cannot be accorded among those already parties, or 2) the person claims an interest relating to the subject of the action and is so situated that the disposition of the action in the person's absence may (i) as a practical matter impair or impede the person's ability to protect that interest or (ii) leave any of the persons already parties subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations by reason of the claimed interest.

The Court is of the opinion that Defendant Nelson had not established that the joinder of Assistant State Attorney Eric E. Harrison is required pursuant to Rule 19, for the reasons set forth in the Plaintiff's memorandum (Doc.13). Accordingly, it is

**ORDERED AND ADJUDGED:**

That Defendant T.M. Nelson's Motion to Dismiss Plaintiff's Complaint (Doc. 8) is denied.

DONE AND ORDERED this 31st day of January 2008

*Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record